UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO



In Re:  ) CASE NO. 03-12663
 )
**Carlos J. Velez Albelo**  )
**Johan Cruz Santiago**  ) CHAPTER 13
 )
_____ )
 Debtor(s)

## MOTION TO WITHDRAW UNCLAIMED FUNDS

**Nilda Ayala,** claimant in this case, hereby petitions this Court for payment of **$1,298.95** being held in the registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds. Claimant did not negotiate a check in said amount of **$1,298.95**; and pursuant to 11 U.S.C. Section 347(a), the trustee paid said funds to the Clerk, U.S. Bankruptcy Court.

Claimant **Nilda Ayala** appointed **ADAMS & COHEN** its Attorney in Fact to seek recovery of said unclaimed funds on its behalf. The original notarized Limited Power of Attorney is attached to this motion.

WHEREFORE, a motion is made for an order directing the Clerk, U.S. Bankruptcy Court to pay said unclaimed funds in the amount of **$1,298.95** payable to **Nilda Ayala c/o ADAMS & COHEN, P.O. Box 546293, Miami Beach, FL 33154-6293.**

Dated: 10-17-11

By: _____
Jairo A. Camargo, Attorney-in-Fact
**ADAMS & COHEN**
**P.O. Box 546293**
**Miami Beach, FL 33154-6293**
**Tel. No. 888-978-9990**
**Email: adamscohen@live.com**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In Re: ) CASE NO. **03-12663**
)
**Carlos J. Velez Albelo** )
**Johan Cruz Santiago** ) CHAPTER 13
)
)
Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on this same date a copy of this Motion and its Exhibits was mailed via first class U.S. Postal Service to [x]:

**[x] United States Trustee**
Jose R. Carrion
P.O. Box 9023884
San Juan, PR 00902

**[x] U.S. Attorney**
Torre Chardon, Oficina 1201
350 Avenida Carlos Chardon
San Juan, PR 00918

**[x] Debtor(s)**
Carlos J. Velez Albelo
Johan Cruz Santiago
Quintas Del Norte Calle 1B5
Bayamon, PR 00959

**[x] Claimant**
Nilda Ayala
c/o Adams & Cohen
P.O. Box 546293
Miami Beach, FL 33154

**[x] Debtor's Attorney**
Marilyn Valdes Ortega
P.O. Box 195596
San juan, PR 00919

Date: **10-17-11**

_____
Jairo A. Camargo, Attorney-in-Fact
**ADAMS & COHEN**
P.O. Box 546293
Miami Beach, FL 33154
Tel. No.: 888-978-9990
Email: adamscohen@live.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In Re: ) CASE NO. **03-12663**
)
**Carlos J. Velez Albelo** )
**Johan Cruz Santiago** ) CHAPTER 13
)
_____)
Debtor(s)

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon Motion To Withdraw Unclaimed Funds filed by **ADAMS & COHEN** on behalf of **Nilda Ayala** (the claimant or successor in interest to original claimant) and in accordance with the provisions of 28 U.S.C. Section 2042, it is

**ORDERED** that, following review by the Clerk of the Motion To Withdraw Unclaimed Funds and Power of Attorney, the Clerk is directed to remit to **ADAMS & COHEN,** the "Funds Locator/ Attorney in Fact" retained by the claimant **Nilda Ayala** the sum of **$1,298.95,** now held as unclaimed funds in the treasury for the original claimant **Nilda Ayala.**

Where the claimant has retained a "Funds Locator/ Attorney in Fact", the check for these funds shall be issue in the name of the claimant and **ADAMS & COHEN** and mail said check to **ADAMS & COHEN, P.O. Box 546293, Miami Beach, FL 33154.**

**ORDERED** in the District of Puerto Rico on _____.

_____
U.S. BANKRUPTCY JUDGE

# LIMITED POWER OF ATTORNEY
### (For one transaction only)

      **I, Nilda Ayala Acevedo,** do hereby grant to *ADAMS & COHEN*, my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$1,298.95.**

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original.

I do hereby certify that the foregoing is true and correct.

_N.A.A._
Signature

---

Afb Núm. 8129  **NOTARY ACKNOWLEDGMENT**

State of Puerto Rico

SUBSCRIBED AND SWORN on the __10__ day of __Oct__, 2011 before me, personally appeared __Nilda Ayala Acevedo__, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License No. (or specify other identification):** __2604667__

WITNESS my hand and official seal,

Signature _____
    Notary Public                        My commission expires: N/A

[Seal: ANIBAL IRIZARRY ALICEA • ABOGADO • NOTARIO]




FACT. #06-43

## ESTUDIO DE TITULO

**A:** LAW OFFICE MARILYN VALDES ORTEGA

**ATENCION:** DIARELIS SANCHEZ

**CASO:** CARLOS JUAN VELEZ ALBELO

**FINCA:** #65,219 INSCRITA AL FOLIO 261 DEL TOMO 1473 DE BAYAMON REGISTRO DE LA PROPIEDAD DE BAYAMON, SECCION I.

**DESCRIPCION:** URBANA: Solar marcado con el número cinco (5) del bloque B localizado en la Urbanización Quintas del Norte del término municipal de Bayamón, Puerto Rico, con una cabida superficial de DOSCIENTOS VEINTISIETE PUNTO CINCUENTA (227.50) METROS CUADRADOS, en lindes por el NORTE, en una distancia de nueve punto diez (9.10) metros, con la calle número uno (1); por el SUR, en una distancia de nueve punto diez (9.10) metros, con lote número veintidós (22) del bloque B; por el ESTE, en una distancia de veintiuno (21.00) metros, con el lote número veintisiete (27) del bloque B; y por el OESTE, en una distancia de veintiseis (26.00) metros, con el lote número cuatro (4) del bloque B. Enclava una casa de concreto.

**TRACTO REGISTRAL:** Se segrega de la finca #65,248 inscrita al folio 106 del tomo 1474 de Bayamón, a favor de Baya Corporation.

**DOMINIO:** La finca consta inscrita a favor de **Carlos Juan Vélez Albelo y su esposa Johan Cruz Santiago**, quienes adquieren por compra que hicieran a Almicar Ayala Acevedo, soltera; Nilda Esther Ayala Acevedo, soltera y Amilcar Ayala Toro, soltero, por el precio de $125,000.00, según consta de la escritura #26 otorgada en San Juan el día 1 de Febrero de 2002 ante el notario público Carlos R. Garriga Blanco, inscrita al folio 263vto. del tomo 1473 de Bayamón, finca #65,219, inscripción 4ta.

**GRAVAMENES:** Afecta por su procedencia a: Servidumbres a favor de A.E.E., A.A.A., P.R.T.C. y Condiciones Restrictivas.

Afecta por sí a: Hipoteca constituida por Carlos Juan Vélez Albelo y su esposa Johan Cruz Santiago, en garantía de un pagaré a favor de H.F. Mortgage Bankers o a su orden, por la suma de $100,000.00 intereses al 9.50% anual y a vencer el 1 de Febrero de 2032, tasada en $125,000.00, según consta de la escritura #27 otorgada en San Juan el día 1 de Febrero de 2002 ante el notario público Carlos R. Garriga Blanco, inscrita al folio 263vto. del tomo 1473 de Bayamón, finca #65,219, inscripción 4ta.

Hipoteca constituida por Carlos Juan Vélez Albelo, S.S. #     -3077 y su esposa Johan Cruz Santiago, S.S. #     -2347, en garantía de un pagaré a favor de Almicar Ayala Acevedo, Nilda Esther Ayala Acevedo y Amilcar Ayala Toro, o a su orden, por la suma de $9,000.00, no expresa intereses y a vencer en 2 años, tasada en $9,000.00, según consta de la escritura #28 otorgada en San Juan el día 1 de Febrero de 2002 ante el notario público Carlos R. Garriga Blanco, inscrita al folio 264 del tomo 1473 de Bayamón, finca #65,219, inscripción 5ta. y última.