IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS J VELEZ ALBELO

JOHAN CRUZ SANTIAGO

XXX-XX-3077

XXX-XX-2347

Debtor(s)

CASE NO. 03-12663 GAC

Chapter 13

FILED & ENTERED ON 11/16/11

ORDER

The application for payment of unclaimed funds to claimant, filed by ADAMS & COHEN on behalf of Nilda Ayala, for the amount of $1,298.95 (docket entry #78) is hereby granted.

San Juan, Puerto Rico, this 15th day of November, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
MARILYN VALDES ORTEGA
JOSE RAMON CARRION MORALES
ADAMS & COHEN
FINANCE DEPT.